ROSE PITARESI AND EMANUEL PITARESI, PLAINTIFFS-APPELLANTS, v. GRACE APPELLO, EXECUTRIX OF THE ESTATE OF PASQUALE APPELLO, DECEASED AND GRACE APPELLO, INDIVIDUALLY, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued June 23, 1952—Decided June 25, 1952.

Before Judges EASTWOOD, BIGELOW and FRANCIS.

*Mr. Alfred Brenner* argued the cause for the plaintiffs-appellants (*Mr. Dominick R. Rinaldi,* attorney).

*Mr. Emil W. A. Schumann* argued the cause for the defendants-respondents.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Proctor in the Law Division, reported in 17 *N. J. Super.* 278 (*Law. Div.* 1952).